# CRIMINAL DOCKET - U.S. District Court

**TRANSFERRED TO JUDGE BRITT on 7/25/90**

AO 256 (Rev. 2/86)

| | | |
|---|---|---|
| PO ☐ | Assigned: 4017-5-1708 | |
| Misd. ☐ | Disp./Sentence: 1706 | |
| Felony ☒ | District | Off | Judge/Magistr. |

☐ WRIT ☐ JUVENILE ☐ ALIAS

U.S. vs. **MCGHEE, Doc**

Case Filed: 06 / 18 / 90
No. of Def's: 1
Docket No. 00055  Def. 01

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to import approx. 40,000 lbs. of marijuana | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears-on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver
- KEY DATE: **6/18/90**
  - a) 1st appears on pending charge /R40
  - b) Receive file R20/21
  - c) Supsdg. Ind't Inf
  - d) Order New trial
  - e) Remand  f) G/P Withdrawn
- END INTERVAL TWO — KEY DATE: **9/7/90** ret'd to WDLa.
  - Dismissal / Pled guilty (After N.G.) / Nolo (After nolo) / Trial (voir dire) began / Jury / N.J.

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION / REMOVAL HEARING — Date Scheduled / Date Held
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE: 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

J. Douglas McCullough

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Mr. Joseph B. Cheshire, V.
Mr. Thomas C. Manning
Attorney at Law
P. O. Box 1029
Raleigh, N.C. 27602
833-3134

70 days up: 8/27/90          Accept. of Plea -7/9/90

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date / Bail Denied / Fugitive / Pers. Rec. / AMOUNT SET $ / PSA / Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other / Date Set / ☐ Bail Not Made / Date Bond Made

**POST-INDICTMENT**
Release Date / Bail Denied / Fugitive / Pers. Rec. / AMOUNT SET $ / PSA / Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other / Date Set / ☐ Bail Not Made / Date Bond Made

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO. | Yr | Docket No. | Def. | V. PROCEEDINGS | PAGE ___ OF ___ | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|---|
| | 90 | 00055 | 01 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date / End Date | Ltr Code | Total Days |

(OPTIONAL) Show last names of defendants

MCGHEE

| 6/18/90 | 1. | **CONSENT TO TRASFER OF CASE FOR PLEA AND SENTENE** u/der Rule 20- cys. dist. | sr | | |
| 7/2/90 | 2. | **COPY OF BILL OF INFORMATION** - cys. distr. by cover letter. | sr | | |
| | -- | **ISSUED NOTICE TO APPEAR** - set for Accept. of Plea on 7/9/90 at 10 A.M. in Raleigh before Judge Boyle - 1: USA, USPO, USM, Ct. Reporter, Joyce Todd, Counsel, Judge Boyle | sr | | |
| 7/3/90 | 3. | **MOTION TO TRANSFER CASE TO JUDGE W. EARL BRITT** - lc: Judge Britt and Judge Boyle | sr | | |
| 7/5/90 | 4. | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER CASE TO JDUGE W. EARL BRITT** lc: Judge Boyle | sr | | |
| 7/9/90 | -- | Raleigh - Judge Boyle - Donna Tomawski - Ct. Reporter Hearing on M/Tranfer of CAse to Judge Britt Acceptance of plea deferred until other issues are resolved. | sr | | |
| 7/25/90 | 5. | **ORDER** - motion to transfer to Judge Britt is allowed - (Boyle, ) Cr. OB# 42, P. 24 - lc: JUdge Britt, Judge Boyke, USA and USPO | sr | | |
| 7/27/90 | -- | **ISSUED NTOICE TO APPEAR** - set for Accept. of Plea on 8/13/90 at 9 A.M. in Wilm. before Judge Britt - lc: USA, Mr. Cheshire | sr | | |
| 8/10/90 | 6. | **MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST THAT COURT ACCEPT PROFFERED PLEA AGREEMENT** - w/cs. lc: Judge Britt | sr | | |
| 8/13/90 | -- | Wilmington - Judge Britt - Lib Leonard - Ct. Reporter Hearing on acceptance of plea - counsel present - Court will not accept plea - waiver has not been executed. -sees no reason why he should punish this deft. further as he has already been sentenced on this offense. | | | |
| 9/7/90 | 7. | **ORDER** - for reasons stated in open court plea of guilty is rejected and case is returned to U.S. District Court for Western District of Louisiana. (Britt, J) Cr. OB#42, P. 86 lc: USA-EDNC & WDLa., USPO-EDNC & WDLa, USM, Mr.Cheshire by memo. (ent. 9/10/90). | sr | | |
| 9/10/90 | -- | Copy of our case file along with the copies originally forwarded to this court by La., w/docket entries, cy of JS3 card and cover letter mailed to Clerk, U.S. District Court, Western Distr. of La - Lafayette, La. | sr | | |




**LETTER CODES**
For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance H8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment arrest can't be filed in 30 days [(8)(B,vi)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdraw guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)